# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TROY D. FOX                                             Case Number: 07-71119
225 E. NORTH STREET         SSN-xxx-xx-2149
ST. CLAIR, MO  63077

Case filed on: 5/8/2007
Plan Confirmed on: 7/27/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,698.60         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | TROY D. FOX | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,059.99 | 2,059.99 | 423.55 | 0.00 |
| 002 | COMED CO | 263.52 | 263.52 | 54.18 | 0.00 |
| 003 | PORTFOLIO RECOVERY ASSOCIATES | 2,502.84 | 2,502.84 | 514.60 | 0.00 |
| 004 | HARVARD COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NICOR GAS | 148.00 | 148.00 | 30.43 | 0.00 |
| 007 | ALLIED BUSINESS ACCOUNTS INC | 1,050.40 | 1,050.40 | 215.97 | 0.00 |
| 008 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,024.75 | 6,024.75 | 1,238.73 | 0.00 |
|  | Grand Total: | 8,224.75 | 8,224.75 | 3,438.73 | 0.00 |

Total Paid Claimant:    $3,438.73
Trustee Allowance:      $259.87
Percent Paid Unsecured:    20.56

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009              By  /s/Heather M. Fagan